Motion Granted; Appeal Dismissed
and Memorandum Opinion filed February 24, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01116-CV

____________

 

RIGHT OF WAY MAINTENANCE EQUIPMENT COMPANY D/B/A
ROWMEC, Appellant

 

V.

 

BANDAS LAW FIRM, P.C. AND MOULTON & MEYER, L.L.P.,
Appellee

 



 

On Appeal from the 113th District Court

Harris County, Texas

Trial Court Cause No. 2009-01433A

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed August 16, 2010.  On February 8, 2011, appellant
filed a motion to dismiss the appeal because the case has been settled.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Chief Justice Hedges, Justices Frost
and Christopher.